IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KAREN SNELL AND GARY SNELL, | § | |
|     PLAINTIFFS, | § | |
| | § | |
| VS. | § | Civil Action No. 4:17-cv-00681-O |
| | § | |
| HOLGUIN TRANSPORT SERVICE | § | |
| CORP. DBA H.T.S. AND SERGIO | § | |
| AGUIRRE, | § | |
|     DEFENDANTS. | § | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Karen Snell and Gary Snell, Plaintiffs, and Holguin Transport Service Corp. dba H.T.S. and Sergio Aguirre, Defendants, through undersigned Counsel and move this Court to dismiss Plaintiffs, Karen Snell and Gary Snells' action against Defendants, for the reason that the parties have reached a settlement.

Plaintiffs and Defendants pray this case be dismissed with prejudice as to Plaintiffs, and that Plaintiffs' cause of action against Defendants, Holguin Transport Service Corp. dba H.T.S. and Sergio Aguirre, be dismissed with prejudice with costs taxed to the party incurring same.

    Respectfully submitted,

    /s/ *Carlos Galliani*
    Carlos Galliani
    State Bar No. 24069752
    Law Office of Carlos G. Galliani, P.C.
    11700 Preston Road, Suite 660 #216
    Dallas, TX  75230
    Phone: 214-301-3400
    Fax: 817-345-3522

    ATTORNEYS FOR PLAINTIFFS

/s/ *Vionette Delgado*
Vionette Delgado
State Bar No. 24012546
AYIK & ASSOCIATES
1301 E. Collins Blvd., Suite 490
Richardson, TX 75081
Direct Telephone: 214-570-6296
Main Telephone: 214-570-6300
Facsimile: 214-570-6262

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2018, the above and foregoing pleading was served on counsel for Plaintiff by the Court's ECF filing system

Carlos Galliani
Law Office of Carlos G. Galliani, P.C.
11700 Preston Road, Suite 660 #216
Dallas, TX 75230
cg@cgallianilaw.com

*/s/Vionette D. Delgado*
Vionette D. Delgado